

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK G. TOEWS**
*Assistant Corporation Counsel*
*(212) 356-0871*
*mtoews@law.nyc.gov*

March 19, 2025

**BY ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

*The requested extension is GRANTED. Defendants' opposition and cross-motion for summary judgment shall be due March 28, 2025. Plaintiff's reply and opposition shall be due April 11, 2025. Defendants' reply shall be due April 25, 2025.*

Dated: March 20, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:  Diaz v. Melissa Aviles-Ramos *et ano.*
24-cv-9340 (JLR) (HJR)

Dear Judge Rochon:

This office represents Defendants New York City Department of Education (DOE) and Melissa Aviles-Ramos, in her official capacity as Chancellor of the New York City Department of Education, in the above action brought pursuant to the Individuals with Disabilities Education Act (IDEA), in which Plaintiffs allege that the DOE has not fully implemented two unappealed administrative decisions.

I write to request a one-week extension of time for Defendants to file their Cross-Motion for Summary Judgment and respond to Plaintiffs' Motion for Summary Judgment, from March 21, 2025 until March 28, 2025. The extension is being requested due to unanticipated scheduling conflicts with other matters. If granted, this extension would modify the current briefing schedule as follows:

- Defendants' Opposition and Cross-Motion for Summary Judgment: March 28, 2025;

- Plaintiffs' Reply and Opposition: April 11, 2025;

- Defendants' Reply: April 25, 2025.

- 2 -

       This is Defendants' first request for an extension of time to file their Cross-Motion and Opposition, and Plaintiffs' counsel consents. The Parties do not have any scheduled appearances.

       Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ MGT  
Mark G. Toews  
*Assistant Corporation Counsel*

cc.   **BY ECF**  
      Plaintiffs' counsel

- 2 -