

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARK G. TOEWS**
*Assistant Corporation Counsel*
*(212) 356-0871*
*mtoews@law.nyc.gov*

April 23, 2025

**BY ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

*Defendants' request for an extension of time to file their Reply is GRANTED. Defendants shall file their reply by May 2, 2025.*

*Dated: April 24, 2025*
*New York, New York*

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: Diaz *et ano.* v. Melissa Aviles-Ramos *et ano.*
24-cv-9340 (JLR) (HJR)

Dear Judge Rochon:

This office represents Defendants New York City Department of Education (DOE) and Melissa Aviles-Ramos, in her official capacity as Chancellor of the New York City Department of Education, in the above action brought pursuant to the Individuals with Disabilities Education Act (IDEA), in which Plaintiffs allege that the DOE has not fully implemented two unappealed administrative decisions.

I write to request a one-week extension of time for Defendants to file their Reply Memorandum of Law, from April 25, 2025 until May 2, 2025. The extension is being requested due to unanticipated scheduling conflicts with other matters. If granted, this extension would not impact any other deadline.

This is Defendants' first request for an extension of time to file their Reply, and Plaintiffs' counsel consents. The Parties do not have any scheduled appearances.

Thank you for Your Honor's consideration of this request.

- 2 -

                                              Respectfully submitted,

                                              /s/ MGT_____
                                              Mark G. Toews
                                              *Assistant Corporation Counsel*

cc.    **BY ECF**
       Plaintiffs' counsel