UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANDIDA DIAZ, individually and on behalf of her child N.D., and JENNIE LANDSMAN, individually and on behalf of her child B.I.,<br><br>                             Plaintiffs,<br><br>-against-<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                             Defendants. | Case No. 1:24-cv-09340 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

The Court shall construe Defendants' May 2, 2025 letter. Dkt. 32, as a letter-motion to seal Exhibits A-I appended to Plaintiffs' 56.1 Counter Statement. *See, e.g.*, Dkt Nos. 29-2 to 29-10. Defendants fashioned their letter as a letter-motion to seal and asked that the Court strike the documents in question "from the public docket." Dkt. 32 at 2. Those documents contain unredacted personally identifying information ("PII"), including the Student's ID/Organizational Student Information System number, date of birth, family name, and address. "[C]ourts in this Circuit have routinely allowed administrative records underlying IDEA cases to be filed under seal to protect the privacy interests of minor child plaintiffs." *L.B. v. New York City Dep't of Ed.*, 15-cv-3176, 2015 U.S. Dist. LEXIS 127081, at *2 (S.D.N.Y. Sept. 22, 2015). On May 5, 2025, Plaintiffs filed a letter consenting to the sealing of Exhibits A-I to their 56.1 Counter Statement. Dkt. 36.

The motion to seal is therefore GRANTED.

1

The Clerk of Court is respectfully directed to maintain Dkt. 29 under seal.

Dated: May 9, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2