**LIBERTY & FREEDOM LEGAL GROUP, LTD**

October 17, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Request GRANTED. Plaintiffs' motion for attorneys' fees is due no later than December 20, 2025.
>
> Dated: October 20, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: *Diaz et al. v. Aviles-Ramos et al.*, 24-cv-9340 (JLR)

Dear Judge Rochon:

    As you may recall, the undersigned represents the plaintiffs in the above-referenced matter. I write pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to respectfully request a 60-day extension of the deadline for Plaintiffs to file their motion for reasonable attorneys' fees.[1]

    The reason for this request is that Plaintiffs are currently compiling billing records and supporting documentation for Defendants' review in a joint attempt to resolve this issue without the need for further litigation, thereby conserving judicial resources.

    This is Plaintiffs' first request for an extension of time in which to file their motion for attorneys' fees. We conferred with counsel for the Defendants, who do not oppose this request.

    The current deadline for Plaintiffs to file their motion for attorneys' fees is October 21, 2025. Should the Court grant the within request, Plaintiffs' filing date would be extended to December 20, 2025.

    Thank you for Your Honor's courtesy and consideration in this matter.

Respectfully submitted,

*Rory J. Bellantoni*

Rory J. Bellantoni (RB2901)

Cc: All Counsel of Record via ECF.

---

[1] As the Court found, Plaintiffs are the prevailing parties in the underlying administrative proceedings and Plaintiff Landsman is also the prevailing party in this federal action.